JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| RICHARD B. RUSSELL AND JACETA S. RUSSELL, <br><br> Plaintiffs, <br><br> v. <br><br> AURORA BANK, FSB, a Federal Savings Bank, <br><br> AURORA LOAN SERVICES, LLC, a Delaware limited liability company; <br><br> LEHMAN BROTHERS HOLDINGS, INC., a Delaware corporation; <br><br> LEXINGTON CAPITAL CORPORATION dba LEXINGTON MORTGAGE SERVICES, a New York corporation, <br><br> MORTGAGE LENDERS NETWORK USA, INC., a Delaware corporation; <br><br> NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; <br><br> and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. SACV13-0852-JVS(ANx) <br><br> Assigned to Hon. James V. Selna, Ctrm. 10C <br><br> **JUDGMENT GRANTING JUDGMENT IN FAVOR OF ALL DEFENDANTS ON ALL REMAINING CLAIMS** <br><br> **Hearing Date:** <br> **Date:** September 19, 2014 <br> **Time:** 10:00 a.m. <br> **Crtrm.:** 10C <br><br> Complaint Filed: May 1, 2013 <br> Trial Date: November 4, 2014 |

AKERMAN LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017

{29608139;1}  1  CASE NO.: SACV13-0852-JVS (ANx)
**[PROPOSED] JUDGMENT GRANTING JUDGMENT IN FAVOR OF ALL DEFENDANTS ON ALL REMAINING CLAIMS**

1  On September 19, 2014, the Cour granted the motion for summary judgment filed
2  by defendants Nationstar Mortgage LLC (**Nationstar**), Aurora Commercial Corp.
3  successor entity to Aurora Bank, FSB (**Aurora Bank**) and Aurora Loan Services LLC
4  (**Aurora**) (collectively, **defendant**s) as to the remaining causes of action in the first
5  amended complaint (**FAC**) of plaintiffs Richard B. Russell and Jaceta S. Russell
6  (**plaintiffs**).  Therefore, for good cause appearing,

7  IT IS ORDERED, ADJUDGED AND DECREED that JUDGMENT is hereby
8  entered in favor of defendants and against plaintiffs, dismissing plaintiffs' first amended
9  complaint and this action with prejudice.

13  Dated: September 30, 2014      By: *[signature]*
14  Honorable James V. Selna

**AKERMAN LLP**
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017